UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLORIN GOJCAJ,

    Plaintiff,

Case No. 16-cv-10928
Hon. Matthew F. Leitman

v.

PRIMEONE INSURANCE CO.,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF #14)

In this action, Plaintiff Florin Gojcaj alleges that Defendant PrimeOne Insurance Company has wrongfully failed to pay an insurance claim that arose out of a fire loss at Gojcaj's restaurant. (*See* Compl., ECF #1-3.) On March 31, 2017, PrimeOne moved for summary judgment. (*See* ECF #14.) The Court held a hearing on the motion on August 9, 2017. For the reasons stated on the record at the hearing, **IT IS HEREBY ORDERED** that PrimeOne's motion is **DENIED**.

Dated: August 9, 2017

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 9, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764

1